UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY D. HENDERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-1966 (RWR) |
| | ) |
| DISTRICT OF COLUMBIA PUBLIC SCHOOLS, | ) |
| | ) |
| Defendant. | ) |

## PROOF OF SERVICE

I HEREBY CERTIFY that a copy of the Summons and Complaint in the above-captioned case was served pursuant to Rule 4(h)(1) of the Federal Rules of Civil Procedure on the 28th day of November, 2005, upon the District of Columbia Public Schools, via hand-delivery to a person of suitable age and discretion at the office of the General Counsel for the District of Columbia Public Schools at 825 North Capitol Street, N.E., Washington, DC 20002. See Decl. of Mark A. Dann, copy attached as Exhibit 1.

Respectfully Submitted,

```
        /s/
```
JOSEPH D. GEBHARDT
 (DC Bar No. 113894)
MYRREL C. HENDRICKS, JR.
 (Admitted in DC - Bar No. 291781)
CHARLES W. DAY, JR.
 (DC Bar No. 459820)
GEBHARDT & ASSOCIATES, LLP
1101 17th Street, N.W.
Suite 807
Washington, DC 20036-4716
(202) 496-0400

November 30, 2005                     Attorneys for Plaintiff


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Proof of Service and Exhibit 1 was served this 30th day of November 2005, via electronic case filing through the court and first class mail, upon counsel for Defendant as follows:

Erika Pierson, Esq.
Acting General Counsel
District of Columbia Public Schools
825 North Capitol Street, N.E.
9th Floor
Washington, DC 20002

```
        /s/
```
MYRREL C. HENDRICKS, JR.

2