**EXHIBIT 1**

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANTHONY D. HENDERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-1966 (RWR) |
| | ) |
| DISTRICT OF COLUMBIA | ) |
| PUBLIC SCHOOLS, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## DECLARATION OF MARK A. DANN

I, MARK A. DANN, hereby declare under the penalty of perjury that the following statements are true and correct to the best of my knowledge and belief:

1. I am 32 years of age and competent to testify to the matters stated herein.

2. I am an associate at GEBHARDT & ASSOCIATES, LLP, 1101 17th Street, N.W., Suite 807, Washington, DC 20036-4716.

3. On November 28, 2005, at approximately 10:10 a.m., I delivered a copy of the Summons and Complaint in the above-captioned case, along with a copy of the Court's Initial Order to a person of suitable age and discretion at the office of the General Counsel for the District of Columbia Public Schools at 825 North Capitol Street, N.E., 9th Floor, Washington, DC 20002. I handed the Summons and Complaint to Rhonda Johnson, the receptionist at the office of the General Counsel, who stated she was authorized to receive service, stamped the Summons, and accept service.

The foregoing facts are true and correct to the best of my knowledge and belief.

_____   November 30, 2005
Mark A. Dann                     Date
Associate
GEBHARDT & ASSOCIATES, LLP
1101 17th Street, N.W., Suite 807
Washington, DC 20036-4716
(202) 496-0400

2