## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ANTHONY D. HENDERSON,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : **Civil Action No. 05-CV-1966 (RWR)** | |
| | : | |
| | : | |
| **DISTRICT OF COLUMBIA** | : | |
| **PUBLIC SCHOOLS,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

### MOTION TO ENLARGE TIME TO FILE A MOTION TO DISMISS

The District of Columbia, through undersigned counsel, hereby submits this Motion to Enlarge Time to File a Motion to Dismiss. The District's Motion to Dismiss is being filed contemporaneously with the instant motion. A Memorandum of Points and Authorities in support of this Motion, along with a proposed Order, is attached hereto.

Pursuant to Local Rule 7.1(m), on March 20, 2006, undersigned counsel left a message for Myrrel C. Hendricks, Esq., counsel for the plaintiff, asking for his consent to the relief sought herein. As of the date the instant motion was filed, undersigned counsel has not received a responsive telephone call from Mr. Hendricks.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

*/s/ Holly M. Johnson /s/*
HOLLY M. JOHNSON [476331]
Section Chief
General Litigation Section III

*/s/ Dana K. DeLorenzo /s/*
Dana K. DeLorenzo [468306]
Assistant Attorney General
441 4th Street, N.W., 6S61
Washington, D.C. 20001
(202) 724-6515
(202) 727-3625 (fax)
Dana.delorenzo@dc.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ANTHONY D. HENDERSON,** | : |
| | : |
| **Plaintiff,** | : |
| | : |
| **v.** | : Civil Action No. 05-CV-1966 (RWR) |
| | : |
| **DISTRICT OF COLUMBIA** | : |
| **PUBLIC SCHOOLS,** | : |
| | : |
| **Defendant.** | : |
| | : |

## MEMORANDUM OF POINTS AND AUTHORITIES SUPPORTING MOTION TO ENLARGE TIME TO FILE A MOTION TO DISMISS

The District of Columbia, through undersigned counsel, hereby submits this Motion to Enlarge Time to File a Motion to Dismiss. The District's Motion to Dismiss is being filed contemporaneously with the instant motion.

The District submits that there is ample good cause to grant this relief. On October 4, 2005, the plaintiff filed the instant complaint against the District of Columbia Public Schools ("DCPS"). On November 30, 2005, the plaintiff filed an affidavit, indicating that the Office of General Counsel for DCPS was served.

As explained in the motion to dismiss, DCPS is not a suable entity. In an attempt to work with the plaintiff to remedy the procedural error, undersigned counsel contacted counsel for the plaintiff, Myrrel C. Hendricks, Esq., on January 24, 2006, and informed him that DCPS was not a suable entity. Undersigned counsel suggested that the plaintiff could file an amended complaint naming the District and then the District could be served or, alternatively, undersigned counsel could file a motion to dismiss. Mr. Hendricks indicated that he would file an amended complaint

and name the District as a defendant and then he would serve the District in accordance with the federal rules.

On February 28, 2006, as an amended complaint had still not been filed, undersigned counsel contacted Mr. Hendricks, inquiring about the status of the case. Mr. Hendricks indicated that he intended to file an amended complaint. As of the date this motion was filed, the plaintiff has not yet filed an amended complaint.

The plaintiff has been on notice since January 24, 2006, that it improperly named DCPS as a defendant. Undersigned counsel attempted to work directly with the plaintiff's counsel to resolve this issue, rather than seek the Court's intervention. Unfortunately, though, given the absence of an amended complaint two months after he was put on notice of his error, the District believes that court intervention is the only way to resolve this outstanding issue. Therefore, based on these facts, the District submits that it has demonstrated good cause for the relief sought herein. Moreover, the requested relief will not prejudice the plaintiff.

WHEREFORE, the District respectfully requests that the Court permit it to file a motion to dismiss, which is being filed contemporaneously with the instant motion.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

*/s/ Holly M. Johnson /s/*
HOLLY M. JOHNSON [476331]
Section Chief
General Litigation Section III

*/s/ Dana K. DeLorenzo /s/*

Dana K. DeLorenzo [468306]
Assistant Attorney General
441 4th Street, N.W., 6S61
Washington, D.C. 20001
(202) 724-6515
(202) 727-3625 (fax)
Dana.delorenzo@dc.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **ANTHONY D. HENDERSON,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : **Civil Action No. 05-CV-1966 (RWR)** | |
| | : | |
| | : | |
| **DISTRICT OF COLUMBIA** | : | |
| **PUBLIC SCHOOLS,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

**ORDER GRANTING DISTRICT'S MOTION TO ENLARGE TIME TO FILE A**
**MOTION TO DISMISS**

Upon consideration of the Motion to Enlarge Time to File a Motion to Dismiss, any

opposition thereto, and the record herein, it is by the Court this _____ day of

_____, 2006,

ORDERED:    that the Motion is GRANTED; and it is

FURTHER ORDERED:    that the District has leave to file a motion to dismiss.  It is

FURTHER ORDERED:    that the District's Motion to Dismiss is hereby accepted for

timely filing.


_____
Judge Richard W. Roberts