UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANTHONY D. HENDERSON,                    :
                                         :
    Plaintiff,                           :
                                         :
    v.                                   : Civil Action No. 05-CV-1966 (RWR)
                                         :
                                         :
DISTRICT OF COLUMBIA                     :
PUBLIC SCHOOLS,                          :
                                         :
    Defendant.                           :
                                         :

DEFENDANT'S MOTION TO DISMISS

The District of Columbia, by and through undersigned counsel, hereby moves this Court

to dismiss the plaintiff's complaint in its entirety because DCPS was improperly named as a

party. Moreover, it is not appropriate to substitute the District as a defendant because the District

has not been properly served.

A Memorandum of Points and Authorities in support of this Motion is attached hereto.

Because this is a dispositive motion, the defendant is not required to seek the plaintiff's consent

pursuant to LCvR 7.1(m).

                              Respectfully submitted,

                              ROBERT J. SPAGNOLETTI
                              Attorney General for the District of Columbia


                              GEORGE C. VALENTINE
                              Deputy Attorney General
                              Civil Litigation Division

                              */s/ Holly M. Johnson /s/*
                              HOLLY M. JOHNSON [476331]
                              Section Chief
                              General Litigation Section III

*/s/ Dana K. DeLorenzo /s/*

Dana K. DeLorenzo [468306]
Assistant Attorney General
441 4th Street, N.W., 6S61
Washington, D.C. 20001
(202) 724-6515
(202) 727-3625 (fax)
Dana.delorenzo@dc.gov

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**


**ANTHONY D. HENDERSON,**                         :
                                                  :
     **Plaintiff,**                               :
                                                  :
     **v.**                                       : **Civil Action No. 05-CV-1966 (RWR)**
                                                  :
                                                  :
                                                  :
**DISTRICT OF COLUMBIA**                           :
**PUBLIC SCHOOLS,**                               :
                                                  :
     **Defendant.**                               :
_____                   :


**MEMORANDUM OF POINTS AND AUTHORITIES SUPPORTING
MOTION TO DISMISS**

The Defendant, by and through undersigned counsel, hereby moves this Court to dismiss

the plaintiff's complaint in its entirety because: 1) the District of Columbia Public Schools

("DCPS"), or rather, the Board of Education, is not a suable entity; and 2) substitution is not

appropriate because the District has not been properly served.

*Background*

On October 4, 2005, Plaintiff filed the instant complaint against the District of Columbia

Public Schools.  The Complaint alleges, among other things, that Defendant DCPS violated the

Equal Pay Act and the Civil Rights Act, because "Plaintiff was subjected to disparate treatment,

unequal terms of employment, and failure to promote based on general discrimination and

retaliation."  Complaint at ¶ 1.  On November 30, 2005, the plaintiff filed a declaration,

purporting to show that the Office of General Counsel for DCPS was served with a copy of the

Complaint.  The document showing such proof of service is attached hereto as Exhibit A.

*Argument*

I.     THE PLAINTIFF IMPROPERLY NAMED DCPS AS A DEFENDANT IN THIS
       MATTER.

The plaintiff improperly has named the District of Columbia public schools ("DCPS") as

a government defendant in this action.  "As a threshold matter … DCPS is not a suable entity

under the D.C. Code." *Winder v. Erste,* 2005 U.S. Dist. LEXIS 5190 *11.  In *Winder*, the district

court cited the District of Columbia Court of Appeals' decision in *Kelley v. Morris*, 400 A.2d

1045, 1047 (D.C. 1979) for the proposition that "D.C. Code § 31-101a, now codified at

§ 1-204.95 (2001), vests control of the public schools in the Board of Education, which itself is

not a suable entity." *Id.*  As such, any claims against DCPS, or the Board of Education, cannot

stand.  The plaintiff's only remedy is to sue the District of Columbia directly.

II.    SUBSTITUTION IS NOT APPROPRIATE IN THIS CASE BECAUSE THE DISTRICT
       HAS NOT BEEN PROPERLY SERVED.

In this case, however, as the plaintiff has not served the District of Columbia, it is not

appropriate to substitute the District for DCPS in the instant case.  Indeed, the affidavit of service

indicates that the Office of General Counsel for DCPS was served.  Such service does not

comport with F.R.C.P. 4(j)(2), which describes the proper manner of service of process on the

District:

> …Service upon a state, municipal corporation, or other governmental
> organization subject to suit shall be effected by delivering a copy of the summons
> and of the complaint to its chief executive officer or by serving the summons and
> complaint in the manner prescribed by the law of that state for the service of
> summons or other like process upon such defendant.

In this case, service on the Office of General Counsel for DCPS is inappropriate because it is not

an authorized designee for service on the Mayor.  The Mayor has designated Tabatha Braxton

and/or Gladys Herring to accept service of process on his behalf.  November 9, 2005

Memorandum Regarding Designation of Staff to Handle/Accept Legal Correspondence, attached

hereto as Exhibit B.  Accordingly, as the plaintiff has not properly named or served the District,

substitution is not appropriate.

WHEREFORE, the District respectfully requests that the Court dismiss the complaint

against DCPS with prejudice.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia


GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division


*/s/ Holly M. Johnson /s/*
HOLLY M. JOHNSON [476331]
Section Chief
General Litigation Section III

*/s/ Dana K. DeLorenzo /s/*
Dana K. DeLorenzo [468306]
Assistant Attorney General
441 4th Street, N.W., 6S61
Washington, D.C. 20001
(202) 724-6515
(202) 727-3625 (fax)
Dana.delorenzo@dc.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**


**ANTHONY D. HENDERSON,**                         :
                                                  :
   **Plaintiff,**                   :
                                                  :
   **v.**                            : **Civil Action No. 05-CV-1966 (RWR)**
                                                  :
                                                  :
                                                  :
**DISTRICT OF COLUMBIA**                          :
**PUBLIC SCHOOLS,**                               :
                                                  :
   **Defendant.**                    :
_____                  :


**ORDER GRANTING DISTRICT'S MOTION TO DISMISS**

Upon consideration of the Motion to Dismiss, any opposition thereto, and the record

herein, it is by the Court this _____ day of _____, 2006,

ORDERED:    that the Motion is GRANTED; and it is

FURTHER ORDERED:      that the case against the District of Columbia Public Schools

is HEREBY DISMISSED WITH PREJUDICE.


_____
Judge Richard W. Roberts