# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY D. HENDERSON, )<br>)<br>  Plaintiff, )<br>)<br>  v. )<br>)<br>DISTRICT OF COLUMBIA )<br>PUBLIC SCHOOLS, )<br>)<br>  Defendant. )<br>_____) | Civil Action No. 05-1966 (RWR) |

**PROOF OF SERVICE**

I HEREBY CERTIFY that a copy of the Summons and Complaint in the above-captioned case was served pursuant to Rule 4(h)(1) of the Federal Rules of Civil Procedure on the 28th day of November, 2005, upon the District of Columbia Public Schools, via hand-delivery to a person of suitable age and discretion at the office of the General Counsel for the District of Columbia Public Schools at 825 North Capitol Street, N.E., Washington, DC 20002. See Decl. of Mark A. Dann, copy attached as Exhibit 1.

                                        Respectfully Submitted,

                                        _____/s/_____

                                        JOSEPH D. GEBHARDT
                                         (DC Bar No. 113894)
                                        MYRREL C. HENDRICKS, JR.
                                         (Admitted in DC - Bar No. 291781)
                                        CHARLES W. DAY, JR.
                                         (DC Bar No. 459820)
                                        GEBHARDT & ASSOCIATES, LLP
                                        1101 17th Street, N.W.
                                        Suite 807
                                        Washington, DC 20036-4716
                                        (202) 496-0400

November 30, 2005                     Attorneys for Plaintiff

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Proof of Service and Exhibit 1 was served this 30th day of November 2005, via electronic case filing through the court and first class mail, upon counsel for Defendant as follows:

                Erika Pierson, Esq.
                Acting General Counsel
                District of Columbia Public Schools
                825 North Capitol Street, N.E.
                9th Floor
                Washington, DC 20002

                                        _____/s/_____
                                        MYRREL C. HENDRICKS, JR.

# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANTHONY D. HENDERSON,             )
                                  )
        Plaintiff,                )
                                  )
    v.                            ) Civil Action No. 05-1966 (RWR)
                                  )
DISTRICT OF COLUMBIA              )
PUBLIC SCHOOLS,                   )
                                  )
        Defendant.                )
_____)

### DECLARATION OF MARK A. DANN

I, MARK A. DANN, hereby declare under the penalty of perjury that the following statements are true and correct to the best of my knowledge and belief:

1. I am 32 years of age and competent to testify to the matters stated herein.

2. I am an associate at GEBHARDT & ASSOCIATES, LLP, 1101 17th Street, N.W., Suite 807, Washington, DC 20036-4716.

3. On November 28, 2005, at approximately 10:10 a.m., I delivered a copy of the Summons and Complaint in the above-captioned case, along with a copy of the Court's Initial Order to a person of suitable age and discretion at the office of the General Counsel for the District of Columbia Public Schools at 825 North Capitol Street, N.E., 9th Floor, Washington, DC 20002. I handed the Summons and Complaint to Rhonda Johnson, the receptionist at the office of the General Counsel, who stated she was authorized to receive service, stamped the Summons, and accept service.

The foregoing facts are true and correct to the best of my knowledge and belief.

_____          November 30, 2005
Mark A. Dann                              Date
Associate
GEBHARDT & ASSOCIATES, LLP
1101 17th Street, N.W., Suite 807
Washington, DC 20036-4716
(202) 496-0400

2