UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY D. HENDERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-1966 (RWR) |
| | ) |
| ANTHONY A. WILLIAMS | ) |
| MAYOR, DISTRICT OF COLUMBIA | ) |
| | ) |
| and | ) |
| | ) |
| DISTRICT OF COLUMBIA | ) |
| | ) |
| Defendants. | ) |
| | ) |

**PROOF OF SERVICE**

I HEREBY CERTIFY that a copy of the Summons, Complaint, and First Amended Complaint in the above-captioned case was served pursuant to Rule 4(h)(1) of the Federal Rules of Civil Procedure on the 27th day of March, 2006, upon the Defendant Anthony A. Williams, Mayor of the District of Columbia, via hand-delivery to a person of suitable age and discretion at the Office of the Secretary for the District Columbia at the John A. Wilson Building, 1350 Pennsylvania Ave., N.W., Suite 419, Washington, DC 20004. See Decl. of Mark A. Dann, copy attached as Exhibit 1.

I further certify that a copy of the Summons, Complaint, and First Amended Complaint in the above-captioned case was similarly served on the 27th day of March, 2006, upon the Defendant District of Columbia, via hand-delivery to a person of

suitable age and discretion at the Office of the Attorney General for the District of Columbia at 441 4th Street, N.W., Room 600-South, Washington, DC 20001. See Ex. 1.

        Respectfully Submitted,

        /s/
        JOSEPH D. GEBHARDT
          (DC Bar No. 113894)
        MYRREL C. HENDRICKS, JR.
          (DC Bar No. 291781)
        CHARLES W. DAY, JR.
          (DC Bar No. 459820)
        GEBHARDT & ASSOCIATES, LLP
        1101 17th Street, N.W.
        Suite 807
        Washington, DC 20036-4716
        (202) 496-0400

March 28, 2006        Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Proof of Service and Exhibit 1 was served this 28th day of March 2006, via electronic case filing through the court and first class mail, postage prepaid, upon counsel for Defendant as follows:

        Hon. Robert J. Spagnoletti
        Attorney General, District of Columbia
        Office of the Attorney General
        Civil Litigation Division
        441 4th Street, N.W.
        Washington, DC 20001

        /s/
        MYRREL C. HENDRICKS, JR.