**EXHIBIT 1**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY D. HENDERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-1966 (RWR) |
| | ) |
| ANTHONY A. WILLIAMS | ) |
| MAYOR, DISTRICT OF COLUMBIA | ) |
| | ) |
| and | ) |
| | ) |
| DISTRICT OF COLUMBIA | ) |
| | ) |
| Defendants. | ) |

**DECLARATION OF MARK A. DANN**

I, MARK A. DANN, hereby declare under the penalty of perjury that the following statements are true and correct to the best of my knowledge and belief:

1. I am 32 years of age and competent to testify to the matters stated herein.

2. I am an associate at GEBHARDT & ASSOCIATES, LLP, 1101 17th Street, N.W., Suite 807, Washington, DC 20036-4716.

3. On March 27, 2006, at approximately 4:30 p.m., I delivered a copy of the Summons, Complaint, and First Amended Complaint in the above-captioned case to a person of suitable age and discretion at the Office of the Attorney General for the District of Columbia at 441 4th Street, N.W., Room 600-South, Washington, DC 20001. I handed the Summons, Complaint, and First Amended Complaint to Staff Assistant Gale Rivers, who stated she was authorized to receive service on behalf of D.C. Attorney General Robert J. Spagnoletti's designee, Darlene

Fields, and signed the attached Delivery Confirmation Sheet acknowledging acceptance of service.

4. On March 27, 2006, at approximately 4:50 p.m., I delivered a copy of the Summons, Complaint, and First Amended Complaint in the above-captioned case to a person of suitable age and discretion at the Office of the Secretary for the District of Columbia at the John A. Wilson Building, 1350 Pennsylvania Ave., N.W., Suite 419, Washington, DC 20004. I handed the Summons, Complaint, and First Amended Complaint to Gladys Herring, who stated she was authorized to receive service on behalf of Mayor Anthony A. Williams, and signed the attached Delivery Confirmation Sheet acknowledging acceptance of service.

The foregoing facts are true and correct to the best of my knowledge and belief.

_3/28/06_____                    _____
Date                                      Mark A. Dann
                                          Associate
                                          GEBHARDT & ASSOCIATES, LLP
                                          1101 17th Street, N.W.
                                          Suite 807
                                          Washington, DC 20036-4716
                                          (202) 496-0400

# LAW OFFICE
# GEBHARDT & ASSOCIATES, LLP

1101 17TH STREET, N.W.
SUITE 807
WASHINGTON, DC 20036

VOICE: (202) 496-0400    FAX: (202) 496-0404

## Delivery Confirmation Sheet

Client Name: Anthony D. Henderson

Document: Summons, Complaint and First Amended Complaint

Delivered To: Hon. Robert J. Spagnoletti C/O Designee Darlene Fields

X Recipient's Signature/Title: _Gale Rivers / Staff assistant_

X Recipient's Name (Print): _Gale Rivers_

Delivery Date: March 27, 2006

Delivery Time: 4:30 pm

Location: Office of the Attorney General, 441 4th Street, N.W., Washington, DC 20001

This package consists of a total of __3__ documents. If you do not receive all of the documents/ pages, please call us as soon as possible at (202) 496-0400.

Note:

The information contained in this package is attorney-client privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this package is not the intended recipient, you are notified that any dissemination, distribution, or copy of this communication is **strictly prohibited**. If you have received this package in error, please immediately notify us by telephone and return the original package to the above address via the U.S. Postal Service. We appreciate your compliance.

LAW OFFICE
# GEBHARDT & ASSOCIATES, LLP
1101 17TH STREET, N.W.
SUITE 807
WASHINGTON, DC 20036

VOICE: (202) 496-0400    FAX: (202) 496-0404

## Delivery Confirmation Sheet

Client Name: _____ Anthony D. Henderson _____

Document: _____ Summons, Complaint and First Amended Complaint _____

Delivered To: _____ Hon. Anthony A. Williams C/O Designee Tabitha Braxton ____

X  Recipient's Signature/Title: _Gladys Henning 3-27-06_____

X  Recipient's Name (Print): _Gladys Helring_____

Delivery Date: March 27, 2006

Delivery Time: 4:50 pm

Location: John A. Wilson Building, 1350 Pennsylvania Ave., N.W., Washington, DC 20004

*This package consists of a total of* __3__ *documents. If you do not receive all of the documents/ pages, please call us as soon as possible at (202) 496-0400.*

Note:

*The information contained in this package is attorney-client privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this package is not the intended recipient, you are notified that any dissemination, distribution, or copy of this communication is **strictly prohibited**. If you have received this package in error, please immediately notify us by telephone and return the original package to the above address via the U.S. Postal Service. We appreciate your compliance.*