UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY D. HENDERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-1966 (RWR) |
| | ) |
| ANTHONY A. WILLIAMS | ) |
| MAYOR, DISTRICT OF COLUMBIA | ) |
| | ) |
| and | ) |
| | ) |
| DISTRICT OF COLUMBIA, | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME
TO RESPOND TO DEFENDANTS' PARTIAL MOTION TO DISMISS**

Plaintiff Anthony D. Henderson, by and through undersigned counsel, hereby moves for a two-week extension of time, until May 16, 2006, to file Plaintiff's Response to the Defendants' Partial Motion to Dismiss, and in support of his Motion state as follows:

1. Defendants filed their Partial Motion to Dismiss on April 18, 2006. The deadline for Plaintiff's response to the Defendants' Motion to Dismiss is May 2, 2006.

2. Defendants' Motion is a dispositive motion that requires careful analysis of the specific facts of this case based on the unique legal relationship between the District of Columbia Public Schools ("DCPS") and the District of Columbia.

3. For example, Defendants claims that the District of Columbia did not receive timely or constructive notice of this case and that neither the District nor the Mayor could have

known that they would be made a party in the case. Yet this representation is being made by the same attorney who received service of Plaintiff's original complaint and telephoned undersigned counsel's office to suggest that the complaint be amended to provide the correct name for suing the DCPS. Unfortunately, this attorney is out of her office until May 15, 2006, and Plaintiff's counsel will be unable to verify these and other similar facts as part of his response until after she returns to her office.

    4.   Plaintiff's firm consists of five lawyers with a heavy litigation oriented caseload including a number of cases before this Court. Among other matters, the firm is currently preparing an Opposition to Summary Judgment to be filed on May 5, 2006, in the case of <u>Brady v. Livingood</u>, C.A. 02-802 (RJL).

    5.   Joseph D. Gebhardt, the principal attorney on this matter, was required to be in the Boston, Massachusetts area from April 27 to May 1, 2006, and as a result of this trip he has been unable to complete Plaintiff's response.

    6.   There has been no Scheduling Order issued in this matter, so a two-week extension of time, as requested herein, will have no impact in the scheduling of this case.

    7.   Pursuant to Local Civil Rule 7(m), undersigned counsel attempted to reach counsel for the Defendants, Dana DeLorenzo, to secure Defendants' consent to this Motion, but have been unable to reach her or her supervisor, Holly Johnson, for whom

a voicemail message was left.

For the above reasons, Plaintiff's Motion for Extension of Time should be granted and Plaintiff's deadline for responding to Defendants' Partial Motion to Dismiss should be extended to May 16, 2006. An appropriate proposed Order accompanies this Consent Motion.

                            Respectfully submitted,

                            _____/s/_____
                            JOSEPH D. GEBHARDT
                            MYRREL C. HENDRICKS, JR.
                            GEBHARDT & ASSOCIATES, LLP
                            1101 17th Street, N.W.
                            Suite 807
                            Washington, DC 20036-4716
                            (202) 496-0400

May 1, 2006                Attorneys for Complainant

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Plaintiff's Motion for Extension of Time to Respond to Defendants' Partial Motion to Dismiss and proposed Order was served this 1st day of May, 2006, via electronic case filing, upon counsel for Defendant:

                Dana K. DeLorenzo
                Assistant Attorney General
                441 4th Street, N.W., 6S61
                Washington, DC 20001

                            _____/s/_____
                            MYRREL C. HENDRICKS, JR.