UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY D. HENDERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-1966 (RWR) |
| | ) |
| ANTHONY A. WILLIAMS | ) |
| MAYOR, DISTRICT OF COLUMBIA | ) |
| | ) |
| and | ) |
| | ) |
| DISTRICT OF COLUMBIA, | ) |
| | ) |
| Defendants. | ) |

### ORDER

UPON CONSIDERATION of Plaintiff's Motion for Extension of Time to Respond to Defendants' Partial Motion to Dismiss, Defendants' Response, if any, and the full record, it is hereby this ___ day of May, 2006, **ORDERED**:

1. That Plaintiff's Motion for Extension of Time is GRANTED; and

2. That Plaintiff shall file his response to Defendants' Partial Motion to Dismiss by May 16, 2006.

RICHARD W. ROBERTS
UNITED STATES DISTRICT COURT JUDGE

Copies to:

Joseph D. Gebhardt, Esq.
Myrrel C. Hendricks, Jr., Esq.
GEBHARDT & ASSOCIATES, LLP
1101 17th Street, N.W.
Suite 807
Washington, DC 20036-4716

Dana K. DeLorenzo, Esq.
Assistant Attorney General
441 4th Street, N.W., 6S61
Washington, DC 20001