# EXHIBIT 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY D. HENDERSON, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>ANTHONY A. WILLIAMS )<br>MAYOR, DISTRICT OF COLUMBIA )<br>)<br>    and )<br>)<br>DISTRICT OF COLUMBIA )<br>)<br>    Defendants. )<br>_____ ) | Civil Action No. 05-1966 (RWR) |

### **DECLARATION OF MARK A. DANN**

I, MARK A. DANN, hereby declare under the penalty of perjury that the following statements are true and correct to the best of my knowledge and belief:

1. I am 32 years of age and competent to testify to the matters stated herein.

2. I am an associate at GEBHARDT & ASSOCIATES, LLP, 1101 17th Street, N.W., Suite 807, Washington, DC 20036-4716.

3. On November 11, 2005, at approximately 10:00 a.m., I had a telephone conference with a woman of suitable age and discretion at the office of the General Counsel for the District of Columbia Public Schools ("DCPS") during which I informed her that our firm had recently filed a complaint with the U.S. District Court that named DCPS as the defendant and asked if her office would accept service of the Complaint on behalf of DCPS. She indicated that the DCPS General Counsel's Office would accept service on behalf of DCPS.

4. On November 28, 2005, at approximately 10:10 a.m., I delivered a copy of the Summons and Complaint in Civil Action No. 05-1966, along with a copy of the Court's Initial Order to a person of suitable age and discretion at the DCPS General Counsel's Office at 825 North Capitol Street, N.E., 9th Floor, Washington, DC 20002. I handed the Summons and Complaint to Rhonda Johnson, the receptionist at the office, who stated she was authorized to receive service, stamped the Summons, and accepted service.

5. On December 15, 2005, at about 12:00 p.m., I called the DCPS General Counsel's Office to verify that service had been completed and, if possible, to identify the attorney assigned to the case. The person with whom I spoke informed me that the Office had received the Summons and Complaint and that the case had been assigned to attorney Harriet Segar. I then prepared a brief memorandum to attorney Myrrel C. Hendricks, Jr. regarding my telephone conference.

6. On January 24, 2006, Mr. Hendricks informed me that he had spoken by telephone with attorney Dana Delorenzo of the DCPS General Counsel's Office, and that she had raised an issue concerning the naming of DCPS as the Defendant in the Complaint. Specifically, Ms. Delorenzo claimed DCPS was not a sueable entity, offered case law to support this proposition, and suggested that we file an Amended Complaint naming Mayor of the District of Columbia Anthony A. Williams and the District of

Columbia as the Defendants. Mr. Hendricks gave me the notes from his discussion with Ms. Delorenzo and asked me to verify the accuracy of the case law she had cited, which I then did.

7. The information above is based on my personal recollection. Additionally, I have attached to this Declaration a December 15, 2005 Memorandum (see Attachment 1), which memorialized my telephone called to the DCPS General Counsel's Office, and contemporaneous records of my work/hours on Mr. Henderson's claim (see Attachment 2). These documents confirm my recollection and further establish the personal interactions with the DCPS General Counsel's Office.

The foregoing facts are true and correct to the best of my knowledge and belief.

May 15, 2006
Date

Mark A. Dann
GEBHARDT & ASSOCIATES, LLP
1101 17th Street, N.W.
Suite 807
Washington, DC 20036-4716
(202) 496-0400

3

# ATTACHMENT 1

**MEMORANDUM**

| | |
|---|---|
| TO: | Anthony D. Henderson File; MCH |
| FROM: | Mark A. Dann |
| DATE: | December 15, 2005 |
| RE: | Defendant's Counsel |

I called the DCPS General Counsel's Office (202-442-5000), and confirmed that Mr. Henderson's case has been assigned to an attorney, which suggests that DCPS has accepted service of the Summons and Complaint. The attorney assigned to the case is Harriet Segar, and her direct line is 202-442-5188.

# ATTACHMENT 2

```
Date: 04/28/06                TABS III Fee Transaction                      Page: 1

Client:              187.00   Henderson/Anthony D.
Reference:    9
Timekeeper:   5
Category:     1                         Status:      Print
Date:         11/21/2005                Sales Tax:   0
Tcode:        1
Rate Code:    0                         Bill Code: 0 - Billable / Printable
Rate:         ████         Hours:       0.20   Amount:    ████
Description:  Short conference with MCH re: serving the summons
              and complaint.  Short telephone conference with
              DCPS General Counsel re: serving the summons and
              complaint.
```

```
Date: 04/28/06                TABS III Fee Transaction                    Page: 1

Client:            187.00   Henderson/Anthony D.
Reference:    10
Timekeeper:   5
Category:     1                         Status:     Print
Date:         11/28/2005                Sales Tax:  0
Tcode:        1
Rate Code:    0                         Bill Code:  0 - Billable / Printable
Rate:         ▓▓▓▓▓    Hours:    1.50   Amount:    ▓▓▓▓▓
Description: Hand delivery of summons and complaint to DCPS.
             Travel time to and from the Office of General
             Counsel for the DCPS. Drafting and revising of
             the Proof of Service and accompanying declaration.
             Short conference with MCH re: proof of service.
```

```
Date: 04/28/06              TABS III Fee Transaction                 Page: 1

Client:          187.00   Henderson/Anthony D.
Reference:       17
Timekeeper:      5
Category:        1                    Status:      Print
Date:            12/15/2005           Sales Tax:   0
Tcode:           1
Rate Code:       0                    Bill Code:   0 - Billable / Printable
Rate:            ████████  Hours:         0.30    Amount:      ████████
Description: Telephone conference with DCPS General Counsel's
             office re: attorney assignment. Preparation of a
             memo to MCH re: same.
```