UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY D. HENDERSON ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-01966 (RWR) |
| ) | |
| ANTHONY A. WILLIAMS ) | |
| MAYOR, DISTRICT OF COLUMBIA ) | |
| ) | |
| and ) | |
| ) | |
| DISTRICT OF COLUMBIA ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**ORDER DENYING DEFENDANT'S PARTIAL**
**MOTION TO DISMISS FIRST AMENDED COMPLAINT**

Upon consideration of the Plaintiff's Opposition to Defendant's Partial Motion to Dismiss First Amended Complaint, and the record herein, it is by the Court this _____ day of _____, 2006,

ORDERED, that the Motion be DENIED in its entirety; and it is

FURTHER ORDERED, that the District shall have until _____ to file its Answer to Plaintiff's entire Complaint.

_____
Judge Richard W. Roberts

Copies to:

Joseph D. Gebhardt, Esq.
Myrrel C. Hendricks, Esq.
GEBHARDT & ASSOCIATES, LLP
1101 17th Street, N.W.
Suite 807
Washington, DC 20036-4716

Holly M. Johnson
Section Chief
General Litigation Section III
441 4th St. NW, 6S61
Washington, DC 20001

Dana K. DeLorenzo
Assistant Attorney General
441 4th St. NW, 6S61
Washington, DC 20001