UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY D. HENDERSON,         ) | |
| )| |
| Plaintiff,         ) | |
| ) | |
| v.         ) | Civil Action No. 05-1966 (RWR) |
| ) | |
| ANTHONY A. WILLIAMS         ) | |
| MAYOR, DISTRICT OF COLUMBIA  ) | |
| ) | |
| and         ) | |
| ) | |
| DISTRICT OF COLUMBIA         ) | |
| ) | |
| Defendants.         ) | |
| ) | |

**CONSENT MOTION FOR LEAVE TO FILE SUR REPLY**

Plaintiff Anthony D. Henderson, by and through undersigned counsel, hereby moves this Court, with Defendant's consent for leave to file the attached Sur Reply to Defendants' Motion to Dismiss, and in support his Consent Motion state as follows:

1. On April 18, 2006, Defendants filed their Partial Motion to Dismiss First Amended Complaint, which Plaintiff opposed on May 16, 2006. On May 23, 2006, Defendants filed their Reply to Plaintiff Opposition.

2. Defendants' Reply makes several implicit, but key, concessions that bolster Plaintiff's Opposition. These points are deserving of particular scrutiny by this Court. Defendants' Reply also makes unsubstantiated and conclusory claims, which are important to recognize, as well as a thinly veiled and

false attack on Plaintiff's diligence in prosecuting his claims.

3. It is imperative that the Court have a clear understanding of each of these issues, which are independently and collectively addressed in Plaintiff's brief Sur Reply, before it renders a decision on Defendants' Motion.

4. Because Defendants' Motion, if granted, would eliminate, in its entirely, a significant portion of his Complaint, Plaintiff should be given a full opportunity to file a brief Sur Reply to underscore any outstanding issues.

5. Pursuant to Local Rule 7(m), undersigned counsel consulted with Defendants' counsel Holly M. Johnson, who gave her consent to this Motion.

For these reasons, Plaintiff's Consent Motion for Leave to File the attached Sur Reply should be granted. A proposed Order accompanies this Motion.

                                             Respectfully submitted,

                                                       /s/
                                           JOSEPH D. GEBHARDT
                                               (D.C. Bar No. 113894)
                                           MYRREL C. HENDRICKS, JR.
                                               (D.C. Bar No. 291781)
                                           MARK A. DANN
                                               (D.C. Bar No. 484523)
                                           GEBHARDT & ASSOCIATES, LLP
                                           1101 17th Street, N.W.
                                           Suite 807
                                           Washington, DC 20036-4716
                                           (202) 496-0400

June 5, 2006                            Attorneys for Plaintiffs

### CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing Plaintiff's Consent Motion For Leave to File Sur Reply and Exhibit 1 was served this 5th day of June, 2006, via case filing through the Court, upon counsel for Defendants as follows:

                Holly M. Johnson
                Section Chief
                General Litigation Section III
                441 4th Street, N.W., 6S61
                Washington, DC 20001

                Dana K. DeLorenzo
                Assistant Attorney General
                441 4th Street, N.W., 6S61
                Washington, DC 20001

                                               /s/
                                           JOSEPH D. GEBHARDT