**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANTHONY D. HENDERSON, | ) |
|     Plaintiff, | ) |
| v. | ) Civil Action No. 05-1966 (RWR) |
| ANTHONY A. WILLIAMS MAYOR, DISTRICT OF COLUMBIA | ) |
|    and | ) |
| DISTRICT OF COLUMBIA, | ) |
|     Defendants. | ) |

**Notice of Appearance**

Please enter the appearance of Myrrel C. Hendricks, Jr. as counsel for Plaintiff in the above-captioned case.

                                              Respectfully submitted,

                                                /s/
                                      JOSEPH D. GEBHARDT
                                         (DC Bar No. 113894)
                                    MYRREL C. HENDRICKS, JR.
                                         (DC Bar No. 291781)
                                    CHARLES W. DAY, JR.
                                         (DC Bar No. 459820)
                                    GEBHARDT & ASSOCIATES, LLP
                                    1101 17th Street, N.W.
                                    Suite 807
                                    Washington, DC 20036-4716
                                    (202) 496-0400

February 9, 2007                      Counsel for Plaintiff