UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY D. HENDERSON, )<br>)<br>    Plaintiff, )<br>)<br>  v. )<br>)<br>ANTHONY A. WILLIAMS )<br>MAYOR, DISTRICT OF COLUMBIA )<br>)<br>  and )<br>)<br>DISTRICT OF COLUMBIA, )<br>)<br>    Defendants. )<br>_____) | Civil Action No. 05-1966 (RWR) |

**<u>NOTICE OF APPEARANCE</u>**

Please enter the appearance of Charles W. Day, Jr. as an attorney for the Plaintiff.

                                              Respectfully submitted,

                                                  /s/
                                        CHARLES W. DAY, JR.
                                        (Bar No. 459820)
                                        GEBHARDT & ASSOCIATES, LLP,
                                        1101 17th Street, N.W.
                                        Suite 807
                                        Washington, DC 20036-4716
                                        (202) 496-0400

April 27, 2007                          Attorney for Plaintiff