UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANTHONY D. HENDERSON,** )<br>)<br>    **Plaintiff,** )<br>)<br>**v.** )<br>)<br>)<br>**DISTRICT OF COLUMBIA,** )<br>)<br>    **Defendant.** )<br>) | Civil Action No. 05-CV-1966 (RWR) |

**NOTICE NOTING WITHDRAWAL AND ENTRY OF APPEARANCE**

Will the Court please note the withdrawal of Assistant Attorney General Dana K. DeLorenzo and enter the appearance of Assistant Attorney General Michelle Davy on behalf of the District.

Date: September 24, 2007

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

_____/s/_____
KIMBERLY MATTHEWS JOHNSON, #435163
Chief, General Litigation Sec. I

_____/s/_____
MICHELLE DAVY, #454524
Assistant Attorney General
Sixth Floor South
441 4th Street, N.W.
Washington, D.C. 20001
(202) 724-6608
(202) 727-3625 (fax)
E-Mail: michelle.davy@dc.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY this 24th day of September, 2007, that a copy of the foregoing Notice was delivered through ECF to:

                                Joseph D. Gebhardt, #113894
                                Myrrel C. Hendricks, Jr., #291781
                                Charles W. Day, Jr., #459820
                                Gebhardt & Associates, LLP
                                1101 17th Street, NW
                                Suite 807
                                Washington, D.C.  20036


                                _____/s/_____
                                Michelle Davy
                                Assistant Attorney General