**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ANTHONY HENDERSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Case No. 05-1966 (RWR)** |
| ) | |
| **DISTRICT OF COLUMBIA, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**CONSENT MOTION TO EXTEND TIME**

Defendant District of Columbia, by and through undersigned counsel, moves this Court

to 1) continue the status conference scheduled for October 5, 2007, 2) extend the time for expert

witness designations, 3) extend the time for the close of discovery, and 4) extend the time for

filing dispositive motions in the captioned litigation.  Charles W. Day, Jr. and Myrrel C.

Hendricks, Jr., counsel for plaintiff, consent to the filing of this motion and the relief requested

herein.

In making this motion, Defendant District of Columbia reserves all defenses.  A

memorandum of points and authorities in support of this motion is attached hereto and

incorporated herein.  A proposed Order is also enclosed.

WHEREFORE, the District requests that this Court extend dates as follows:

    a. Status Conference           Next available date after discovery closes

    b. Expert witness designations    October 19, 2007

    c. Discovery closes            October 19, 2007

    d. Motions                  November 19, 2007

Date:  September 26, 2007           Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/Kimberly Matthews Johnson
KIMBERLY MATTHEWS JOHNSON, #435163
Chief, General Litigation Sec. I

/s/Michelle Davy
MICHELLE DAVY, #454524
Assistant Attorney General
Sixth Floor South
441 4th Street, N.W.
Washington, D.C. 20001
(202) 724-6608; (202) 727-3625 (fax)
E-Mail: michelle.davy@dc.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY this 26th day of September, 2007, that a copy of the foregoing

Consent Motion to Extend Time was served by ECF or first class postage prepaid U.S. mail, on:

Myrrel C. Hendricks, Jr.
Charles W. Day, Jr.
Gebhardt & Associates, LLP
1101 17th Street, N.W.
Suite 807
Washington, DC 20036-4716

/s/Michelle Davy
Michelle Davy
Assistant Attorney General

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **ANTHONY HENDERSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Case No. 05-1966 (RWR)** |
| | ) | |
| **DISTRICT OF COLUMBIA, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES**
**IN SUPPORT OF CONSENT MOTION TO EXTEND TIME**

1.    Fed. R. Civ. P. 6 (b) and the inherent powers of this Court.

2.    Charles W. Day, Jr. and Myrrel C. Hendricks, Jr., counsel for plaintiff, consent to the filing of this motion and the relief requested herein.

3.    The parties are still conducting discovery in this civil action involving a claim of employment discrimination on the basis of gender (male) regarding, among other things, Plaintiff's rate of pay.  In particular, the parties are in the process of scheduling and conducting depositions planned, including but not limited to Plaintiff's deposition.  Settlement discussions have also been initiated.

4.    In addition, there have been a number of delays outside the parties' control that have affected discovery timeframes.

5.    At the same time, undersigned counsel's section is one litigator short and counsel has taken on cases from a colleague who recently left the office.  This has created scheduling conflicts that counsel did not anticipate when she was first assigned to this matter.

6.    Counsel was also recently intensively preparing for trial in the District of

Columbia Superior Court, which necessitated taking time away from other tasks.

WHEREFORE, the District requests that this Court extend dates as follows:

a. Status Conference           Next available date after discovery closes

b. Expert witness designations October 19, 2007

c. Discovery closes            October 19, 2007

d. Motions                     November 19, 2007

Date: September 26, 2007       Respectfully submitted,

                               LINDA SINGER
                               Attorney General for the District of Columbia

                               GEORGE C. VALENTINE
                               Deputy Attorney General
                               Civil Litigation Division

                               /s/Kimberly Matthews Johnson
                               KIMBERLY MATTHEWS JOHNSON, #435163
                               Chief, General Litigation Sec. I

                               /s/Michelle Davy
                               MICHELLE DAVY, #454524
                               Assistant Attorney General
                               Sixth Floor South
                               441 4th Street, N.W.
                               Washington, D.C. 20001
                               (202) 724-6608; (202) 727-3625 (fax)
                               E-Mail: michelle.davy@dc.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY this 26th day of September, 2007, that a copy of the foregoing

Memorandum of Points and Authorities in Support of Consent Motion to Extend Time was

served by ECF or first class postage prepaid U.S. mail, on:

                               Myrrel C. Hendricks, Jr.
                               Charles W. Day, Jr.
                               Gebhardt & Associates, LLP

4

1101 17th Street, N.W.
Suite 807
Washington, DC 20036-4716


/s/Michelle Davy_____
Michelle Davy
Assistant Attorney General

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| | ) | |
| **ANTHONY HENDERSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 05-1966 (RWR)** |
| | ) | |
| **DISTRICT OF COLUMBIA, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**ORDER**

UPON CONSIDERATION of Defendant District of Columbia's Consent Motion to

Extend Time, and the entire record herein, it is this _____ day of _____, 2007,

hereby

ORDERED, that the motion be and hereby is GRANTED, and it is further

ORDERED, that time is extended as follows:

     a. Status Conference         Next available date

     b. Expert witness designations     October 19, 2007

     c. Discovery closes         October 19, 2007

     d. Motions              November 19, 2007

        SO ORDERED.

_____
JUDGE RICHARD W. ROBERTS

cc:
Michelle Davy
Office of the Attorney General for the
District of Columbia
441 4th Street, N.W., 6th Floor-South

Washington, D.C.  20001

Myrrel C. Hendricks, Jr.
Charles W. Day, Jr.
Gebhardt & Associates, LLP
1101 17th Street, N.W.
Suite 807
Washington, DC 20036-4716