UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY HENDERSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, et al., )<br>)<br>Defendants. )<br>) | Case No. 05-1966 (RWR) |

### ORDER

UPON CONSIDERATION of Defendant District of Columbia's Consent Motion to Extend Time, and the entire record herein, it is this ___4th___ day of ___October___, 2007, hereby

ORDERED, that the motion be and hereby is GRANTED, and it is further

ORDERED, that time is extended as follows:

| | | |
|---|---|---|
| a. | Status Conference | ~~Next available date~~ Continued to 10/22/07 at 12 noon |
| b. | Expert witness designations | October 19, 2007 |
| c. | Discovery closes | October 19, 2007 |
| d. | Motions | November 19, 2007 |

SO ORDERED.

_____
JUDGE RICHARD W. ROBERTS

cc:
Michelle Davy
Office of the Attorney General for the
District of Columbia
441 4th Street, N.W., 6th Floor-South

Washington, D.C. 20001

Myrrel C. Hendricks, Jr.
Charles W. Day, Jr.
Gebhardt & Associates, LLP
1101 17th Street, N.W.
Suite 807
Washington, DC 20036-4716