UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANTHONY D. HENDERSON** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 05-1966 (RWR) |
| ) | |
| **DISTRICT OF COLUMBIA** ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## PLAINTIFF'S CONSENT MOTION TO EXTEND THE TIME FOR DISCOVERY

Plaintiff Anthony D. Henderson, by and through undersigned counsel, and with the consent of Defendant, District of Columbia, hereby moves this Court to (1) extend the time for the close of discovery, (2) extend the date for the Post-Discovery Status Conference, and (3) extend the time for filing dispositive motions in the above-captioned litigation.

This motion is necessary because the parties have not completed discovery, including discovery depositions. A memorandum of points and authorities in support of this motion is attached hereto and incorporated herein. An appropriate proposed Order is also enclosed.

WHEREFORE, the Plaintiff requests that this Court extend (1) the close of discovery from October 19, 2007, up to and including December 18, 2007, (2) the Post-Discovery Status Conference to the next date available for the Court following the close of discovery, and (3) the deadline for filing dispositive motions from October 19, 2007, up to and including January 18, 2007.

Date: October 17, 2007                    Respectfully submitted,


                                          _____/s/_____
                                          MYRREL C. HENDRICKS, JR.
                                             (DC BAR NO. 291781)
                                          CHARLES W. DAY, Jr.
                                             (DC BAR NO. 459820)
                                          GEBHARDT & ASSOCIATES, LLP
                                          1101 17th Street, N.W.
                                          Suite 807
                                          Washington, DC 20036-4716
                                          Tel: (202) 496-0400
                                          Fax: (202) 496-0404

```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA
```

| | |
|---|---|
| **ANTHONY D. HENDERSON** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 05-1966 (RWR) |
| | ) |
| **DISTRICT OF COLUMBIA** | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT**
**OF CONSENT MOTION TO EXTEND THE TIME FOR DISCOVERY**

1. Defendant District of Columbia filed a Consent Motion to Extend Time to propound discovery and to designate expert witnesses from July 26, 2007 through August 9, 2007. See USDC Pacer No. 21. The Motion was granted by an Order of this Court on October 4, 2007. See USDC Pacer No. 22. The Order further stipulated that the close of discovery be extended from September 26, 2007 through October 19, 2007. Id.

2. Despite the parties' best efforts, they have been unable as of the date of this motion to complete discovery. For this reason, Plaintiff, with the consent of Defendant, hereby files the instant Motion.

3. Plaintiff propounded written discovery and noticed the deposition of two pertinent Agency witnesses on August 3, 2007.

4.   Defendant has also noticed the deposition of the Plaintiff.

5.   Because of the difficulty in scheduling time away from work for the witnesses, and because of heavy caseloads with pressing deadlines for both Plaintiff's counsel and Defendant's counsel, the parties have been unable to find a agreeable dates on which to conduct the afore-mentioned depositions.

6.   The parties have also taken substantial steps toward discussing the possibility of settlement. Specifically, Plaintiff's counsel sent correspondence containing a preliminary settlement offer to Defendant's counsel on October 15, 2007. Settlement negotiations are currently ongoing but may require more time to be fruitful.

7.   In addition to the afore-mentioned actions, there have been a number of delays outside the parties' control that have affected discovery timeframes. Plaintiff's counsel has been recently required to file a number of time-sensitive protective motions and oppositions in another litigation matter pending before this Court.

8.   Moreover, Plaintiff's counsel will be in California from October 16 through October 23, 2007. Because Plaintiff's counsel is a small firm with a heavy caseload, no other attorneys are available to continue discovery in his absence.

WHEREFORE, the Parties respectfully request that this Court extend (1) the close of discovery from October 19, 2007, up to and including December 18, 2007, (2) the Post-Discovery Status Conference to the next date available for the Court following the close of discovery, and (3) the deadline for filing dispositive motions from October 19, 2007, up to and including January 18, 2007.

Date: October 17, 2007                    Respectfully submitted,


                                          _____/s/_____
                                          MYRREL C. HENDRICKS, JR.
                                             (DC Bar No. 291781)
                                          CHARLES W. DAY, Jr.
                                             (DC Bar No. 459820)
                                          GEBHARDT & ASSOCIATES, LLP
                                          1101 17th Street, N.W.
                                          Suite 807
                                          Washington, DC 20036-4716
                                          Tel: (202) 496-0400
                                          Fax: (202) 496-0404

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY this 17th day of October, 2007, that a copy of the foregoing Consent Motion to Extend The Time For Discovery along with a Memorandum of Points and Authorities in Support of Plaintiff's Consent Motion to Extend the Time for Discovery was served by electronic filing with the Court upon counsel for Defendant as follows:

>Michelle Davy
>Assistant Attorney General
>Office of the Attorney General for D.C.
>441 4th Street, N.W., 6S085
>Washington, DC 20001
>(202) 724-6608
>fax: (202) 727-3625
>email: michelle.davy@dc.gov

                                              /s/
                                MYRREL C. HENDRICKS, JR.