UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANTHONY D. HENDERSON** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **Case No. 05-1966 (RWR)** |
| ) | |
| **DISTRICT OF COLUMBIA** ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## ORDER

UPON CONSIDERATION of Plaintiff's Consent Motion to Extend the Time for Discovery, and the entire record herein, it is this _____ day of _____, 2007, hereby

**ORDERED**, that the motion be and hereby is GRANTED;

**ORDERED**, that the close of discovery be extended from October 19, 2007, up to and including December 18, 2007;

**ORDERED**, that the Post-Discovery Status Conference be extended from October 19, 2007, up to and including the ____ day of _____, 200__; and, it is further

**ORDERED** that the deadline for filing dispositive motions be extended from November 19, 2007, up to and including January 18, 2007.

**SO ORDERED.**

_____
JUDGE RICHARD W. ROBERTS

Copies To:

Michelle Davy
Office of the Attorney General for the
District of Columbia
441 4th Street, N.W., 6th Floor South
Washington, D.C. 20001

Myrrel C. Hendricks, Jr.
Charles W. Day, Jr.
GEBHARDT & ASSOCIATES, LLP
1101 17th Street, N.W.
Suite 807
Washington, DC 20036-4716