UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY D. HENDERSON, )<br>)<br>    **Plaintiff,** )<br>)<br>v. )<br>)<br>)<br>DISTRICT OF COLUMBIA, )<br>)<br>    **Defendant.** )<br>_____ ) | Civil Action No. 05-CV-1966 (RWR) |

## MOTION TO EXTEND TIME

    Defendant District of Columbia, by and through undersigned counsel, hereby moves that this Court extend the December 18, 2007 date for close of discovery, and January 18, 2007 deadline for the filing of dispositive motions.  Counsel was unable to obtain the consent of Myrrel Hendricks, Esq. to the filing of this motion and the relief requested herein.  Should he grant consent in the future, counsel will so notify the Court.

    In making this motion, Defendant District of Columbia reserves all defenses. A memorandum of points and authorities in support of this Motion is attached hereto and incorporated herein.  A proposed Order is also enclosed.

    WHEREFORE the District requests that, mindful of the impending holiday season, this Court grant its request to extend time for the close of discovery and filing of dispositive motions, as follows:

        a.  Discovery                        February 15, 2008

        b.  Motions                          March 15, 2008

Date:  December 18, 2007      Respectfully submitted,

                                        LINDA SINGER

Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/ Kimberly Matthews Johnson_____
KIMBERLY MATTHEWS JOHNSON, #435163
Chief, General Litigation Section 1

/s/ Michelle Davy_____
MICHELLE DAVY, #454524
Assistant Attorney General
Sixth Floor South
441 4th Street, N.W.
Washington, D.C. 20001
(202) 724-6608; (202) 727-3625 (fax)
E-Mail:michelle.davy@dc.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY this 18th day of December, 2007, that copy of the foregoing Motion for Extension of Time was served by ECF or first class postage prepaid U.S. mail, on:

> Joseph D. Gebhardt, #113894
> Myrrel C. Hendricks, Jr., #291781
> Charles W. Day, Jr., #459820
> Gebhardt & Associates, LLP
> 1101 17th Street, NW
> Suite 807
> Washington, D.C. 20036

_____/s/_____
Michelle Davy
Assistant Attorney General

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ANTHONY D. HENDERSON,** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 05-CV-1966 (RWR)** |
| ) | |
| ) | |
| **DISTRICT OF COLUMBIA,** ) | |
| ) | |
|     **Defendant.** ) | |
| ) | |

**MEMORANDUM OF POINTS AN AUTHORITIES**
**IN SUPPORT OF CONSENT MOTION TO EXTEND TIME**

1. Fed. R. Civ. P.6 (b) and the inherent powers of this Court.

2. Counsel was unable to obtain the consent of Myrrel Hendricks, Esq., counsel for plaintiff, to the filing of this motion and the relief requested herein. Should he grant consent in the future, counsel will so notify the Court.

3. On October 19, 2007, the Court issued a minute Order granting the parties' prior motion to extend and ordering that discovery will close on December 18, 2007, the post-discovery status conference will be on December 19, 2007 at 10:00 A.M., and the dispositive motions deadline is January 18, 2007. Defendant moves for extension of the discovery and motions deadlines so the parties can perfect their discovery responses and hold the deposition of plaintiff, preparatory to the District fully entertaining plaintiff's October 26, 2007 settlement demand.

4. Both parties have issued discovery requests and there have been several attempts to schedule plaintiff's deposition. To date, neither party has submitted responses and, unfortunately, the parties have, heretofore, been unable to settle on a date to hold

plaintiff's deposition. There is some potential for a settlement in this matter after completion of discovery. Counsel, thus, believes that a brief extension of discovery will be in the parties' mutual interest as well as serve the ends of justice.

5. During the discovery period, counsel was inundated with filings and appearances in various other cases in both this Court and the Superior Court. For example, during the October 19- to present extended timeframe, counsel has researched, prepared, coordinated review of and filed six dispositive motions in cases in this Court as well as cases in the Superior Court, and in the process of preparing for trial in this Court in early January.

6. Moreover, counsel was out of the office on numerous occasions during the extended period for personal reasons outside her control due to the illness of a close family member, and for other reasons.

7. Likewise, it is counsel's understanding that Mr. Hendricks has been similarly occupied with numerous matters that require him to travel and conduct business out of his office at times when counsel was unable to reach him.

8. The District has made significant progress on compiling relevant information and responses to plaintiff's requests, and is working diligently to complete its outstanding discovery obligations shortly. The parties had tentatively scheduled plaintiff's deposition for this week but that date was, unfortunately, overtaken by other events.

9. The District also moves for an extension because of the fact that discovery is not complete in this case. Most of the litigation in this matter has centered on the initial dispositive motions practice. Counsel believes, therefore, that it will serve both parties as well as the Court for the discovery and dispositive motions deadlines to be

briefly extended in this case.  Accordingly, and with the time for the intervening holiday season in mind, counsel requests an appropriate extension.

10. For all of these reasons, the District of Columbia requests an enlargement of the December 18, 2007 close of discovery, and January 18, 2007 deadline for the filing of dispositive motions.

WHEREFORE the District requests that this Court grant its request to extend time for the close of discovery and filing of dispositive motions, as follows:

    a. Discovery                     February 15, 2008

    b. Motions                       March 15, 2008

Date:  December 18, 2007      Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division
/s/ Kimberly Matthews Johnson_____
KIMBERLY MATTHEWS JOHNSON, #435163
Chief, General Litigation Section 1

/s/ Michelle Davy_____
MICHELLE DAVY, #454524
Assistant Attorney General
Sixth Floor South
441 4th Street, N.W.
Washington, D.C. 20001
(202) 724-6608; (202) 727-3625 (fax)
E-Mail:michelle.davy@dc.gov

## CERTIFICATE OF SERVICE

I  HEREBY CERTIFY this 18th day of December, 2007, that copy of the foregoing Memorandum of Points and Authorities in support of Motion for Extension of Time was served by casefileexpress or first class postage prepaid U.S. mail, on:

3

Joseph D. Gebhardt, #113894
Myrrel C. Hendricks, Jr., #291781
Charles W. Day, Jr., #459820
Gebhardt & Associates, LLP
1101 17th Street, NW
Suite 807
Washington, D.C.  20036

/s/ Michelle Davy
MICHELLE DAVY
Assistant Attorney General

4

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ANTHONY D. HENDERSON,** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| v. ) | **Civil Action No. 05-CV-1966 (RWR)** |
| ) | |
| ) | |
| **DISTRICT OF COLUMBIA,** ) | |
| ) | |
|     **Defendant.** ) | |
| _____) | |

## ORDER

UPON CONSIDERATION of Defendant District of Columbia's Motion for Extension of time, any opposition thereto, and the entire record herein, it is this _____ day of _____, 2007, hereby

ORDERED, that Defendant District of Columbia's Motion be and hereby is GRANTED; and it is hereby

ORDERED, that deadlines will be extended, as follows:

    a.  Discovery                    February 15, 2008

    b.  Motions                       March 15, 2008

                                                         _____
                                                          JUDGE RICHARD ROBERTS

cc:
Michelle Davy
Office of the Attorney General for the
District of Columbia
441 4th Street, N.W., 6th Floor South
Washington, D.C. 20001

Myrrel C. Hendricks, Jr., #291781
Charles W. Day, Jr., #459820
Gebhardt & Associates, LLP

1101 17th Street, NW
Suite 807
Washington, D.C.  20036