UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY D. HENDERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-CV-1966 (RWR) |
| | ) |
| | ) |
| DISTRICT OF COLUMBIA, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**DEFENDANT DISTRICT OF COLUMBIA'S
MOTION FOR PROTECTIVE ORDER**

Defendant District of Columbia ("defendant" or "District") hereby moves, by and through the undersigned counsel, pursuant to D.C. Code §§ 1-631 *et seq.*, for entry of the attached protective order restricting the use of confidential personnel information requested by plaintiff and/or produced by the parties pursuant to discovery requests herein. Defendant was unable to gain plaintiff's consent to the filing of this motion or the relief requested herein. The Court will be notified should defendant gain consent.

A memorandum of points and authorities in support of this Motion, and a proposed protective Order are attached hereto and incorporated herein.

WHEREFORE defendant District of Columbia requests that the Court enter the attached protective order.

Date: January 22, 2007          Respectfully submitted,

                                PETER NICKLES
                                Interim Attorney General for the District of Columbia

                                GEORGE C. VALENTINE
                                Deputy Attorney General
                                Civil Litigation Division

/s/Kimberly Matthews Johnson
KIMBERLY MATTHEWS JOHNSON, #435163
Chief, General Litigation Sec. I

/s/Michelle Davy
MICHELLE DAVY, #454524
Assistant Attorney General
Sixth Floor South
441 4th Street, N.W.
Washington, D.C. 20001
(202) 724-6608; (202) 727-3625 (fax)
E-Mail: michelle.davy@dc.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY this 22nd day of January, 2008, that a copy of the foregoing Motion for Protective Order was served by first class postage prepaid U.S. mail or ECF, on:

Joseph D. Gebhardt, #113894
Myrrel C. Hendricks, Jr., #291781
Charles W. Day, Jr., #459820
Gebhardt & Associates, LLP
1101 17th Street, NW
Suite 807
Washington, D.C. 20036

/s/Michelle Davy
Michelle Davy
Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY D. HENDERSON, )<br>  )<br>   Plaintiff, )<br>  )<br>v. )<br>  )<br>  )<br>DISTRICT OF COLUMBIA, )<br>  )<br>   Defendant. )<br>_____) | Civil Action No. 05-CV-1966 (RWR) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
DEFENDANT DISTRICT OF COLUMBIA'S
MOTION FOR PROTECTIVE ORDER**

**I. Introduction**

Defendant District of Columbia ("defendant" or "District") hereby moves, by and through the undersigned counsel, pursuant to D.C. Code §§ 1-631 *et seq.*, for entry of the attached protective order restricting the use of confidential personnel information requested by plaintiff and/or produced by the parties pursuant to discovery requests herein.

In the discovery requests listed below, plaintiff has requested production of confidential personnel information concerning employees of the District. The proposed Order would protect this information as required.[1]

**II. Requests at Issue**

---

[1] In addition to this motion for an appropriate protective Order, the District stands by and does not waive its individual objections to the requests at issue.

On or about August 3, 2007, plaintiff herein propounded Interrogatories and Document Production Requests to the District. On December 19, 2007, the Court ordered that defendants provide responses to plaintiff's discovery by January 22, 2008.

In plaintiff's First Set of Interrogatories and Requests for Document Production, plaintiff has propounded several requests that call for the production of confidential personnel information of District employees. Exh. 1 and 2. The District will make a production in response to plaintiff's requests on January 22, 2008, pursuant to Order. However, Defendant must supplement this production. *Id*. This motion concerns any release of confidential personnel information entitled to protection pursuant to D.C. Code §§ 1-631 *et seq.* The District requests that the attached proposed Protective Order be entered forthwith.

### III.  Argument

D.C. Code §§ 1-631 *et seq.* provides that personnel information within the possession or custody of the District will be protected from disclosure as necessary. Accordingly, the District requests that appropriate restrictions, as set forth below, be placed upon the use and dissemination of any such information produced or obtained herein.

In *Fonville v. District of Columbia*, 230 F.R.D. 38, 44-45 (D.D.C. 2005), the United States District Court for the District of Columbia reviewed claims pursuant to D.C. Code §§ 1-631.01 and 03, opining as follows:

> "As for defendant's statutory objections, D.C. Code § 1-631.01 states: "All official personnel records of the District government shall be established, maintained, and disposed of in a manner designed to ensure the greatest degree of applicant or employee privacy while providing adequate, necessary, and complete information for the District to carry out its responsibilities under this chapter." D.C. Code § 1-631.03 states that "it is the policy of the District government to

2

> make personnel information …available upon request …except if such disclosure would constitute an unwarranted invasion of personal privacy." D.C. Code § 1-631.03.
>
> While the information requested by plaintiff may include private information, it is equally true that this information is likely to be relevant to plaintiff's claim that he was demoted without due process. Thus, there are two competing interests at stake. *In my view, the best way to resolve this problem is for plaintiff and defendant to submit a stipulated protective order to the court and, upon its approval, produce the responsive documents according to the terms of the protective order.* In this way, plaintiff can receive all of the information relevant to his claims, but any invasion into other individuals' privacy will be minimized. Accordingly, I recommend that this court order the parties to confer and file a stipulated protective order by a date certain so that any information produced will be subject to its terms."

*Id*.  (Emphasis added.)

As indicated above, the District's response to plaintiff's discovery requests include documents or information that may be entitled to protection under D.C. Code § 1-631 *et seq*.

As also stated, the District has been unable to gain the consent of plaintiff to the filing of this motion or the relief requested herein.  Accordingly, the District is unable to provide a stipulated proposed protective Order.

Since the information and documents must be produced, the District requests that the Court issue a protective Order forthwith, that protects any release of confidential personnel information herein, and specifically requires that:

1) any documents produced and/or released by the District shall be used for this litigation only;

2) personal information of any party, non-party witnesses, family members, i.e., social security numbers, dates of birth, phone numbers and addresses, health benefits information, salary information, etc., shall be redacted from the documents to be produced;

3

3) copies of investigatory report, adverse action reports or disciplinary files requested by the plaintiff concerning the incident in question or other incidents involving either plaintiff or the individual defendant be marked "confidential" and personnel information shall be redacted as outlined above. Additionally, third-party actors' names and witnesses names shall be redacted from all reports not concerning the incident in question;

4) all copies of the documents produced shall be returned to the District's counsel upon the conclusion of all proceedings and/or after any settlement of the case;

5) parties, counsel, staff, experts and/or agents be restrained from showing, disclosing, discussing, or otherwise revealing, in any way, the contents of these records or documents with anyone other than counsel, members of their respective law firms and consultants or experts; and

6) the protected documents be made available to the Court, but shall not be filed or used in a manner that compromises their confidentiality. All papers filed or presented in Court that embody the protected documents shall be under seal.

7) each document produced pursuant to this protective Order be stamped "confidential."

WHEREFORE, the District requests that the Court enter the attached protective Order.

Date: January 22, 2007         Respectfully submitted,

                               PETER NICKLES
                               Interim Attorney General for the District of Columbia

                               GEORGE C. VALENTINE
                               Deputy Attorney General
                               Civil Litigation Division

/s/Kimberly Matthews Johnson
KIMBERLY MATTHEWS JOHNSON, #435163
Chief, General Litigation Sec. I

/s/Michelle Davy
MICHELLE DAVY, #454524
Assistant Attorney General
Sixth Floor South
441 4th Street, N.W.
Washington, D.C. 20001
(202) 724-6608; (202) 727-3625 (fax)
E-Mail: michelle.davy@dc.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY this 22nd day of January , 2007, that a copy of the foregoing Memorandum of Points and Authorities in Support of Motion for Protective Order was served by first class postage prepaid U.S. mail or casefileexpress.com, on:

Joseph D. Gebhardt, #113894
Myrrel C. Hendricks, Jr., #291781
Charles W. Day, Jr., #459820
Gebhardt & Associates, LLP
1101 17th Street, NW
Suite 807
Washington, D.C.  20036

/s/Michelle Davy
Michelle Davy
Assistant Attorney General

5

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY D. HENDERSON, ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 05-CV-1966 (RWR) |
| ) | |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
|     **Defendant.** ) | |
| _____ ) | |

### ORDER GRANTING DEFENDANT DISTRICT OF COLUMBIA'S MOTION FOR A PROTECTIVE ORDER

UPON CONSIDERATION of Defendant District of Columbia's Motion for Protective Order, any opposition hereto, and the entire record herein, it is by the Court this _____ day of _____, 2008,

**ORDERED** that the Motion for Protective Order is GRANTED;

And it is further **ORDERED** that the following restrictions shall be placed on all documents and information released by the District pursuant to discovery requests:

1) any documents produced and/or released by the District shall be used for this litigation only;

2) the personal information of any party, non-party witnesses, family members, *i.e.,* social security numbers, dates of birth, phone numbers and addresses, health benefits information, salary information, etc., shall be redacted from the documents to be produced;

3) copies of investigatory reports, adverse action reports or disciplinary files requested by the plaintiff concerning the incident in question or other incidents

2

involving either plaintiff or the defendant's employees be marked and kept "confidential" and personnel information shall be redacted as outlined above. Additionally, third-party actors' names and witnesses names shall be redacted from all reports not concerning the incident in question;

4) copies of the documents produced shall be returned to the District's counsel upon the conclusion of all proceedings and/or after any settlement of the case;

5) the parties' counsel, staff, experts and/or agents are prohibited from showing, disclosing, discussing, or otherwise revealing, in any way, the contents of these records or documents with anyone other than counsel, members of their respective law firms and consultants or experts; and

6) the protected documents may be made available to the Court, but shall not be filed or used in a manner that compromises their confidentiality. All papers filed or presented in Court that embody the protected documents shall be under seal.

7) each document produced pursuant to this protective Order be stamped "confidential."

  _____
  JUDGE RICHARD W. ROBERTS

cc: Michelle Davy, Esq.
Office of the Attorney General for the District of Columbia
Sixth Floor South
441 4th Street, N.W.
Washington, D.C. 20001

Joseph D. Gebhardt, #113894
Myrrel C. Hendricks, Jr., #291781
Charles W. Day, Jr., #459820
Gebhardt & Associates, LLP
1101 17th Street, NW
Suite 807
Washington, D.C. 20036