UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
**ANTHONY D. HENDERSON,**           )
                                    )
       **Plaintiff,**          )
                                    )
       v.                      )   Civil Action No. 05-1966 (RWR)
                                    )
**DISTRICT OF COLUMBIA,**           )
                                    )
       **Defendant.**          )
_____)

### ORDER OF REFERRAL TO MEDIATION

Based on the agreement of the parties, it is hereby

ORDERED that this case be, and hereby is, referred to mediation to commence on the date this Order is filed and to conclude on April 28, 2008.  Counsel and parties, including persons with settlement authority, are directed to attend the mediation sessions.  The Clerk of the Court is directed to furnish a copy of this Order to the Circuit Executive's Office for the purpose of assigning a mediator.  It is further

ORDERED that if this case settles in whole or in part, plaintiffs shall advise the Court by promptly filing a stipulation.  It is further

ORDERED that if the case does not settle in whole, a status conference will be held on April 29, 2008 at 10 a.m.  It is further

ORDERED that the dispositive motions deadline be, and hereby is, suspended.

-2-

SIGNED this 28th day of February, 2008.

```
                              /s/
                    RICHARD W. ROBERTS
                    United States District Judge
```