```
                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA

ANTHONY D. HENDERSON              )
                                  )
        Plaintiff,                )
                                  )
    v.                            )
                                  ) Civil No. 05-1966 (RWR)
DISTRICT OF COLUMBIA              )
                                  )
        Defendant.                )
_____)
```

**JOINT MOTION FOR AN ENLARGEMENT OF TIME TO CONDUCT MEDIATION**

Plaintiff Anthony D. Henderson and Defendant District of Columbia, by and through their respective undersigned counsel, respectfully request that this Court enlarge the time for Plaintiff and Defendant to conduct mediation April 28, 2008, up to and including June 18, 2008. The attached proposed Order would also reschedule the Status Conference in the above-captioned matter to and including June 19, 2008. In support of this Motion, Plaintiff and Defendant state as follows:

1. Pursuant to the Court's Order dated February 28, 2008, Plaintiff and Defendant were referred to mediation for a period of approximately sixty (60) days. Plaintiff and Defendant's mediation period is currently scheduled to end on April 28, 2008. The Status Conference following mediation is currently scheduled on April 29, 2008.

2.    The attorney serving as Defendant's lead counsel transferred off the case within approximately a week after the Order was entered.  Defendant's present lead counsel filed a Notice of Substitution of Counsel on March 21, 2008.

3.    Plaintiff and Defendant attempted to schedule a mediation conference promptly.  However, Plaintiff's counsel was out of town for nearly two weeks during the month of March travelling and conducting out of state depositions. Defendant's counsel was in the process of litigating a large case that was proceding shortly to a jury trial.  As such, the parties were unable to schedule a mediation session during the months of March and April.

4.   Moreover, due to the press of other litigation matters, Plaintiff and Defendant's counsel have been forced to commit a majority of May to depositions and court appearances on other matters pending before this Court.

5.   Plaintiff and Defendant are, however, interested in exploring settlement opportunities at a mediation conference. Plaintiff and Defendant believe that the interests of both Parties would be best served by engaging in mediation.

6.  Plaintiff and Defendant's request for an enlargement of time is made in good faith and with no intention of causing

undue delay of these proceedings.

7. Granting this motion will not prejudice the Court because no pretrial or trial dates have been set in this case.

For all the foregoing reasons, the Joint Motion for an Enlargement of Time should be granted. A proposed Order accompanies this Motion.

                          Respectfully submitted,

                          _____/s/_____
                          MYRREL C. HENDRICKS, Jr.
                          JOSEPH D. GEBHARDT
                          GEBHARDT & ASSOCIATES, LLP
                          1101 17th Street, N.W.
                          Suite 807
                          Washington, DC 20036
                          Tel: (202) 496-0400
                          Fax: (202) 496-0404

April 22, 2008                Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Plaintiff's Consent Motion to Enlarge Time was served this 22nd day of April, 2008, via electronic mail and electronic filing through the Court, upon counsel for Defendant as follows:

> Darrell Chambers
> D.C. Office of the Attorney General
> 441 Fourth Street, NW
> Suite 600 South
> Washington, DC 20001
> (202) 724-6539
> Email: darrell.chambers@dc.gov

                                           /s/
                                 Myrrel C. Hendricks, Jr.