## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY D. HENDERSON )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>DISTRICT OF COLUMBIA )<br>)<br>    Defendants. )<br>_____ ) | Case No. 05-1966 (RWR) |

### **ORDER**

UPON CONSIDERATION of Joint Motion to Enlarge the Time for Mediation, and the entire record herein, it is this _____ day of _____, 2008, hereby

**ORDERED**, that the motion be and hereby is GRANTED;

**ORDERED**, that the close of mediation be enlarged from April 28, 2008, up to and including June 18, 2008; and, it is further

**ORDERED**, that the Post-Mediation Status Conference be extended from April 29, 2008, up to and including the June 19, 2008; and, it is further

**SO ORDERED.**

                                          _____
                                          JUDGE RICHARD W. ROBERTS

Copies To:

Darrell Chambers
D.C. Office of the Attorney General
441 Fourth Street, NW
Suite 600 South
Washington, DC 20001
(202) 724-6539
Email: darrell.chambers@dc.gov

Myrrel C. Hendricks, Jr.
Charles W. Day, Jr.
GEBHARDT & ASSOCIATES, LLP
1101 17th Street, N.W.
Suite 807
Washington, DC 20036-4716