UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY D. HENDERSON )  )  Plaintiff, )  )  v. )  )  DISTRICT OF COLUMBIA )  )  Defendant. )  ) | Civil No. 05-1966 (RWR) |

**JOINT MOTION FOR AN ENLARGEMENT OF TIME TO CONDUCT MEDIATION**

Plaintiff Anthony D. Henderson and Defendant District of Columbia, by and through their respective undersigned counsel, respectfully request that this Court enlarge the time for Plaintiff and Defendant to conduct mediation up to and including July 29, 2008. The attached proposed Order would also reschedule the Status Conference in the above-captioned matter for July 30, 2008. In support of this Motion, Plaintiff and Defendant state as follows:

1. Pursuant to the Court's Order dated February 28, 2008, Plaintiff and Defendant were referred to mediation for a period of approximately sixty (60) days. That period was enlarged by the Court upon joint motion of the parties by the Court's Order dated April 25, 2008. The mediation period is currently scheduled to end on June 18, 2008. The status conference

following mediation is currently scheduled for June 19, 2008 at 3:30 p.m.

    2.   The parties have held two face-to-face mediation conferences with the Court appointed mediator.  They want to hold additional conference(s).  Both parties believe that there has been progress towards resolving the outstanding issues in this case.

    3.   Plaintiff and Defendant are in the process of scheduling another mediation conference for late June or early July 2008.  However, due to the press of other litigation matters, Plaintiff and Defendant's counsel are already committed a majority of their time in June 2008 to depositions and court appearances on other matters pending before this Court.  Lead counsel for the Plaintiff will be in Atlanta, Georgia for nearly a week attending the National Employment Lawyers Conference at the end of June.

    4. As a result of their prior commitments, the parties were unable to schedule another mediation session prior to the current close of the mediation period on June 18, 2008.

    5.   Moreover, the parties each believe that it is in their mutual interest to explore settlement options fully at this time.  Plaintiff and Defendant believe that the interests of

both Parties would be best served by engaging in further mediation through July 29, 2008.

    6. Plaintiff and Defendant's request for an enlargement of time is made in good faith and with no intention of causing undue delay of these proceedings.

    7. Granting this motion will not prejudice the Court because no pretrial or trial dates have been set in this case.

    For all the foregoing reasons, the Joint Motion for an Enlargement of Time should be granted. A proposed Order accompanies this Motion.

                                      Respectfully submitted,

                                          /s/
                                MYRREL C. HENDRICKS, Jr.
                                CHARLES W. DAY
                                GEBHARDT & ASSOCIATES, LLP
                                1101 17th Street, N.W.
                                Suite 807
                                Washington, DC 20036
                                Tel: (202) 496-0400
                                Fax: (202) 496-0404

June 13, 2008                     Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Plaintiff's Consent Motion to Enlarge Time was served this 13th day of June, 2008, via electronic filing through the Court, upon counsel for Defendant as follows:

>Darrell Chambers
>D.C. Office of the Attorney General
>441 Fourth Street, NW
>Suite 600 South
>Washington, DC 20001
>(202) 724-6539
>Email: darrell.chambers@dc.gov

                                      /s/
                             Myrrel C. Hendricks, Jr.