**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANTHONY D. HENDERSON | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|  v. | ) |
| | ) Civil No. 05-1966 (RWR) |
| DISTRICT OF COLUMBIA | ) |
| | ) |
|     Defendant. | ) |
| | ) |

**NOTICE OF APPEARANCE**

Please enter the appearance of Daniel K. Gebhardt as counsel for Plaintiff in the above-captioned case.

                                    Respectfully Submitted,

                                    /s/ Daniel K. Gebhardt
                                    DANIEL K. GEBHARDT
                                    (D.C. Bar No. 975703)
                                    MYRREL C. HENDRICKS, Jr.
                                    (D.C. Bar No. 291781)
                                    GEBHARDT & ASSOCIATES, LLP
                                    1101 17th Street, N.W.
                                    Suite 807
                                    Washington, DC 20036-4716
                                    (202) 496-0400

August 1, 2008                           Attorneys for Plaintiff